# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 24, 2018

## NO. 03-17-00043-CV

**Craig Miller and Treasa Miller, Appellants**

**v.**

**Superior Forestry Service, Inc., Appellee**

---

**APPEAL FROM THE 119TH DISTRICT COURT OF RUNNELS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE BOURLAND**

---

This is an appeal from the judgment signed by the trial court on December 20, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.